UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:15-cr-201-T-17AEP

RAFAEL TAPIACALZADO

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture for $7,302.00 in United States currency seized by the Tampa Police Department on or about April 16, 2014, an iPad, serial number F4LLP3FDFLM8, and two Blackberry telephones.

Being fully advised of the relevant facts, the Court hereby finds that the currency constitutes the proceeds the defendant obtained as a result of the offense charged in Count One to which the defendant pled guilty, and the iPad and telephones were used or intended to be used to commit such offense.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. §§ 982(a)(2)(B), 1029(c)(1)(C), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

Case No. 8:15-CR-201-T-17AEP

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 19th day of August, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record