UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:15-cr-201-T-17AEP

RAFAEL TAPIACALZADO

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for an iPad, serial number F4LLP3FDFLM8, and two Blackberry telephones.

On August 19, 2015, the Court entered a Preliminary Order of Forfeiture for the electronic equipment described above, pursuant to 18 U.S.C. § 982(a)(2)(B). Doc. 19.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the electronic equipment on the official government website, www.forfeiture.gov, from August 28, 2015 through September 26, 2015. Doc. 32. The publication gave notice to all third parties with a legal interest in the electronic equipment to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication. No third party has filed a petition or claimed

CASE NO. 8:15-CR-201-T-17AEP

an interest in the electronic equipment, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the iPad, serial number F4LLP3FDFLM8, and two Blackberry telephones is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the electronic equipment is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 4th day of December, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record

2