UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.     CASE NO. 8:15-CR-201-T-17AEP

RAFAEL TAPIACALZADO.

_____/

ORDER

This cause is before the Court on:

Dkt. 60     Motion to Terminate Supervision
Dkt. 62     Response

Defendant Rafael Tapiacalzado requests that the Court terminate Defendant's supervised release, effective immediately.

Defendant Tapiacalzado was sentenced on November 11, 2015 to 18 months imprisonment, followed by 36 months of supervised release, restitution of $7,302.00 and a special assessment of $100.00. Defendant Tapiacalzado was released by the Bureau of Prisons on December 2, 2016, and has since served Defendant's term of supervised release without any violations of supervision.

The Court notes that the Government has filed a Satisfaction of Judgment as to the special assessment and restitution ordered in this case. (Dkt. 59). The Government has no objection to early termination of Defendant's term of supervised release.

Case No. 8:15-CR-201-T-17AEP

Pursuant to 18 U.S.C. Sec. 3583(e)(1), the Court has considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)B), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), and determines that termination of supervised release is warranted. Accordingly, it is

**ORDERED** that Defendant Rafael Tapiacalzado's Motion to Terminate Supervision (Dkt. 60) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 12th day of April, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
United States Probation Office